IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHAQUITA WASHINGTON,

    Plaintiff,

v.                                  Civil Action No. 3:11cv449

H&P CAPITAL, INC.,

    Defendant.

## FINAL JUDGMENT ORDER

Having found that the parties entered into a settlement and having ordered that the settlement agreement be enforced, it is hereby ORDERED that the defendant, H&P Capital, Inc., shall pay to the plaintiff, Shaquita Washington, the sum of TWO THOUSAND DOLLARS ($2,000.00) with interest thereon to run at the judgment rate, $0.18\%$ per annum from the date of this Order until paid in full.  *REP 4/18/12*

    It is so ORDERED.

                                              /s/   *REP*
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: April 18, 2012